■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE TORRES, Appellant. — Judgment of the Supreme Court, Kings County, rendered January 4, 1979, as amended by a resentence imposed December 18, 1979, affirmed. No opinion. Mollen, P.J., Margett, O'Connor and Weinstein, JJ., concur.